Perry S. Clegg (USB 7831)
    pclegg@kba.law
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel.: (801) 994-4646
Fax: (801) 531-1929

*Attorneys for Plaintiff,*
Modern Font Applications LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., an Alaska corporation,<br><br>    Defendant. | Case No. 2:19-cv-00561-DBB-CMR<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL SETTLEMENT AGREEMENTS**<br><br>Judge David Barlow<br>Magistrate Judge Cecilia M. Romero |

I, Andrew Oliver, declare as follows:

1. I am over the age of 18 and competent to make the statements herein.

2. I have personal knowledge of the facts described herein and, if called upon to do so, would competently testify thereto. I make this declaration on behalf of Modern Font Applications LLC ("MFA") and in support of MFA's Opposition to Motion to Compel Settlement Agreements.

3. I am a lawyer. I advise MFA in an in-house counsel role. I am familiar with the litigation in which MFA engages.



REDACTED



11. Each of the settlement agreements that MFA has entered has been entered early in litigation. None of the settled cases advanced to a claim construction ruling or even to claim construction briefing. None of the settled cases advanced to significant discovery. None of the settled cases advanced to summary judgment or expert discovery. None of the settled cases advanced to trial or pretrial proceedings.

**REDACTED**

I declare the under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2020

                                               */s/ Andrew Oliver*
                                                 Andrew Oliver