Samuel C. Straight (SBN 7638)
*sstraight@rqn.com*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street
Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Seth D. Levy (*pro hac vice*)
Shawn G. Hansen (*pro hac vice*)
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213)629-6000
Facsimile: (213)629-6001
Email: slevy@nixonpeabody.com
Email: shansen@nixonpeabody.com

Attorneys for *Defendant*
ALASKA AIRLINES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>ALASKA AIRLINES, INC., an Alaska corporation,<br><br>　　　　　　Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:19-cv-00561-DBB-CMR<br><br>Judge David B. Barlow |

**PLEASE TAKE NOTICE** that pursuant to DUCivR 83-1.4, Defendant hereby requests that Peter J. Wied of the law firm of Nixon Peabody LLP be withdrawn as counsel of record in this case and that his name be removed from all service lists, including CM/ECF noticing.

-2-

Remaining counsel of record continue to represent Defendant and are aware of pending deadlines and trial dates. DUCivR 83-1.4.

| | |
|---|---|
| Dated: July 16, 2021 | */s/ Shawn G. Hansen* <br> Shawn G. Hansen <br> Seth D. Levy <br> NIXON PEABODY LLP <br><br> Attorneys for Defendant <br> *Alaska Airlines, Inc.* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, the foregoing document was electronically filed with the CM/ECF system of the U.S. District Court for the District of Utah. The CM/ECF system sent a Notice of Electronic Filing (NEF) to the attorneys of record, who have consented in writing to accept this NEF as service of this document by electronic means.

*/s/ Shawn G. Hansen*
Shawn G. Hansen